1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   United States, ex rel.                          No. C 13-03729 WHA

11   Michael A. Bruzzone, as Relator Original
     Source,
12
     BRINGING THIS ACTION ON BEHALF OF
13   THE UNITED STATES OF AMERICA,                **ORDER RE FIRST AMENDED
                                                  COMPLAINT AGAINST INTEL
14   c/o MELINDA HAAG,                            CORPORATION**
     United States Attorney
15   Northern District of California

16      And

17   c/o ERIC HOLDER
     United States Attorney General
18   United States Department of Justice,

19              Plaintiffs,

20      v.

21   INTEL CORPORATION,

22              Defendant.
     _____/
23

24          On January 24, 2014, plaintiff manually filed a "first amended qui tam complaint to

25   recover damages for anti-competitive actions and retaliation."  The United States declined to

26   intervene in this action long ago.  After the declination, an October 2013 order stated "[t]he seal

27   shall be lifted as to all other matters occurring in this action after the date of this order" (Dkt.

28   No. 9).

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    A January 2014 order set a deadline to serve the only remaining defendant, Intel

2  Corporation (Dkt. No. 18).  On January 16, 2014, the United States provided written consent to

3  dismissal of this action, so long as it was without prejudice to the United States (Dkt. No. 20).

4    Accordingly, the Clerk is **HEREBY ORDERED** to publicly docket plaintiff's first amended

5  complaint.  To be clear, the seal has been lifted and all existing deadlines remain in place.

6  Since the United States has consented to dismissal, if Intel Corporation is not properly served

7  by **FEBRUARY 26**, this action will be dismissed without further notice.

8

9    **IT IS SO ORDERED.**

10

11  Dated:   January 27, 2014.

12                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28