IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE, | No. C 13-03729 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING STATUS** |
| INTEL CORPORATION, | **CONFERENCE FOR FEBRUARY 27** |
| Defendant. | |

Plaintiff Michael A. Bruzzone and Attorney R. Kenneth Bauer shall appear for a status conference on **FEBRUARY 27 AT 11:00 A.M.** before the Honorable William Alsup. Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. It has come to the undersigned judge's attention that Michael Bruzzone has filed a motion to proceed *pro se*.

**IT IS SO ORDERED.**

Dated: February 21, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE