IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,                                No. C 13-03729 WHA

        Plaintiff,

  v.

INTEL CORPORATION,                                **JUDGMENT**

        Defendant.

                               /

     For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** against Michael A. Bruzzone.  The Clerk **SHALL CLOSE THE FILE**.

     **IT IS SO ORDERED.**

Dated:   February 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California