IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION,

    Defendant.

No. C 13-03729 WHA

**NOTICE REGARDING DISMISSAL AND ORDER REGARDING "SUMMONS"**

This action was filed in August 2013. On February 26, 2014, Michael A. Bruzzone filed a "proof of service of second amended complaint to relator civil complaint." According to the record, this was Mr. Bruzzone's first attempt to serve any complaint. The face of the document does not indicate any summons was served, and indeed, the complaint was only allegedly mailed "by overnight post" to Intel Corporation. This order notes a rectangle on the page (Dkt. No. 29).

At 11:00 a.m. on February 27, 2014, plaintiff Michael A. Bruzzone and Attorney Steven Dillick (appearing specially for Mr. Bruzzone's counsel R. Kenneth Bauer) appeared. Attorney Sara Winslow appeared on behalf of the United States (Dkt. Nos. 8, 9, 18, 20, 22). Mr. Bruzzone's request to proceed *pro se* was approved. Oral argument was heard and Mr. Bruzzone was informed of the reasons why his action could not proceed. The action was dismissed. On February 27, an order dismissing the action and judgment were entered (Dkt. Nos. 31, 32).

The same day, Mr. Bruzzone was apparently able to obtain a "summons" to Intel Corporation. This order gently reminds Mr. Bruzzone that this action has been dismissed, cannot proceed, and the "summons" is void. Please do not represent to anyone that this action is on-going or the undersigned judge has blessed any pending or future action.

**IT IS SO ORDERED.**

Dated: February 28, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE