UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>INTEL CORPORATION and ARM, INC.,<br><br>        Defendants - Appellees. | No. 14-17027<br><br>D.C. Nos. 3:14-cv-01279-WHA,<br>3:13-cv-03729-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

This order served on the district court shall constitute the mandate of this court.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Cyntharee K. Powells
                                        Deputy Clerk