UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE, et al., | |
| Plaintiffs, | No. C 13-03729 WHA |
| v. | |
| INTEL CORPORATION, et al., | **ORDER RE MOTION TO RELATE CASE** |
| Defendants. | |

Pursuant to Civil Local Rule 3-12, the United States Attorney for the Northern District of California moves to relate a recently-filed case to the above-captioned case. *See Bruzzone v. U.S. Att'y for N. Dist. Cal.*, No. C 22-06412 HSG. Since final judgment was entered in the above-captioned case, plaintiff Michael Bruzzone has filed several complaints against the undersigned. *See, e.g.*, *Bruzzone v. Alsup*, No. C 17-04558 JD; *Bruzzone v. McManis*, No. C 18-01235 PJH. Although the undersigned is not named as a defendant in plaintiff's recently-filed case, he is cast with more than a "bit part" in the complaint. The undersigned would have to recuse himself if assigned the recently-filed case. *See* 28 U.S.C. 455(a). Thus, it does not "appear[] likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges[,]" per Civil Local Rule 3-12(a)(2). The same holds true for the other apparently-related cases that the undersigned presided over: *Bruzzone v. Intel Corp.*, No. C 14-01279 WHA and *Bruzzone v. Arm Inc.*, No. C 17-02943 WHA (*see* Br. at 3).

This order notes that the United States Attorney for the Northern District of California names other apparently-related cases assigned to different judges: *Alsup*, No. C 17-04558 JD and *McManis*, No. C 18-01235 PJH. Pursuant to Civil Local Rule 3-12(f)(2), the Clerk shall present this matter to the judges assigned to the other apparently-related cases in order of filing. The motion to relate the recently-filed case to the above-captioned case is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 9, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE